New Paltz, Highland and Poughkeepsie Traction
Company, Appellant, *v.* The County of Ulster,
Defendant, and The Town of Lloyd, Respondent.

*Contract — railroads — highways — relocation of tracks on highway
under agreement that railroad should have absolute right to use land
to which tracks were moved — recovery against railroad in action
by adjoining owner for encroachment — action on contract to recover
amount of judgment and expenses.*

New Paltz, H. & P. Traction Co. v. County of Ulster, 202 App.
Div. 234, affirmed.

(Argued June 14, 1923; decided July 13, 1923.)

Appeal from a judgment, entered July 24, 1922, upon
an order of the Appellate Division of the Supreme Court
in the third judicial department, reversing a judgment
in favor of plaintiff and against the defendant, respondent,
and directing as to it a dismissal of the complaint. The
action was to recover on a contract. The plaintiff is a
street railway company, with tracks in the highway in
the town of Lloyd, Ulster county, N. Y. A county
highway was being constructed over and upon this high-
way. The tracks of the plaintiff, at the location in ques-
tion, were partly upon the southerly and partly upon the
northerly side of the highway. The plans for the county
highway, prepared by the state highway commission,
provided for changing plaintiff's tracks from the southerly
side to the northerly side of the highway. Plaintiff
claimed to own the lands on which its tracks were and
demanded of the officers of defendants respectively that
all its rights and exemptions be protected. On November
11, 1913, a certain six-party agreement was drafted, by
which it was agreed that plaintiff should have absolute,
indefeasible and perpetual right to enjoy and use the
land to which its railroad tracks, ties, poles, brackets,
wires and appurtenances should be removed. An abutting
owner, claiming that the tracks as relocated encroached
upon his land, brought an action of ejectment and
recovered damages. This action was to recover the
amount of said judgment and the expense of defending
the action.

*Benjamin E. Messler* for appellant.
*Andrew Wright Lent* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

STEHLI SILKS CORPORATION, Respondent, *v.* NATHAN J. KLEINBERG, Doing Business under the Trade Name of KLEINBERG WAIST COMPANY, Appellant.

*Contract — sale — action to recover for goods sold and delivered and for breach of contract.*

*Stehli Silks Corpn.* v. *Kleinberg,* 205 App. Div. 871, affirmed.

(Argued June 14, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 13, 1923, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for goods alleged to have been sold and delivered and for breach of contract.

*Charles A. Brodek* for appellant.
*H. Preston Coursen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

KATHERINE C. DEALY, Appellant, *v.* EDWARD C. KLAPP, Respondent.

*Contract — specific performance — vendor and purchaser — action to compel specific performance of contract to purchase real property.*

*Dealy* v. *Klapp,* 203 App. Div. 216, affirmed.

(Argued June 14, 1923; decided July 13, 1923.)

APPEAL from a judgment, entered December 13, 1922, upon an order of the Appellate Division of the Supreme Court in the third judicial department reversing a judgment in favor of defendant entered upon a verdict and directing judgment in favor of plaintiff. The action was to compel specific performance of an alleged contract